■ RICHARD ADLER, Appellant, v RITA SKLAR, Respondent. — Order, Supreme Court, New York County (Freedman, J.), entered on April 28, 1982, unanimously affirmed. Respondent shall recover of appellant $75 costs and disbursements of this appeal. The appeal from the order of said court entered on November 12, 1981 is dismissed, without costs and without disbursements, as having been subsumed in the appeal from the order of said court entered on April 28, 1982. No opinion. Concur — Murphy, P. J., Ross, Bloom, Milonas and Alexander, JJ.

■ CHARLES MICHAEL et al., as Executors of JAKOB MICHAEL, Deceased, Respondents, v MICHAEL INDUSTRIES, INC., et al., Appellants. — Order, Supreme Court, New York County (Greenfield, J.), entered on April 20, 1982, unanimously affirmed. Respondents shall recover of appellants $75 costs and disbursements of this appeal. The appeal from the order and judgment (one paper) of said court entered on March 17, 1982, is dismissed, without costs and without disbursements, as having been subsumed in the appeal from the order of said court entered on April 20, 1982. No opinion. Concur — Murphy, P. J., Ross, Bloom, Milonas and Alexander, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v KEVIN BYRD, Appellant. — Judgment of resentence, Supreme Court, New York County (Haft, J.), rendered on July 9, 1980, unanimously affirmed. Application by appellant's counsel to withdraw as counsel is granted. (See *Anders v California,* 386 US 738; *People v Saunders,* 52 AD2d 833.) We have reviewed this record and agree with appellant's assigned counsel that there are no meritorious points which could be raised on this appeal. Concur — Murphy, P. J., Ross, Bloom, Milonas and Alexander, JJ.

■ In the Matter of ALEXANDRA G. G., an Infant. ERNESTO G. et al., Appellants. — Appeal from order, Family Court, New York County (Davis, J.), entered on March 3, 1981, unanimously dismissed as moot, without costs and without disbursements. Had we reached the merits, we would have affirmed. No opinion. Concur — Murphy, P. J., Ross, Bloom, Milonas and Alexander, JJ.